NO. PD-0931-15

# In The Court of Criminal Appeals Of The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

Kevin Joseph Johnson
Appellant

V.

THE STATE OF TEXAS

Trial Court Number
1389701
In The 185th District Court
Harris County, Texas

Court of Appeals Number
14-14-00261-CR

## Motion To Extend Time To File PRO Se Petition For Discretionary Review

TO THE Honorable Judges of said Court:

Kevin Johnson, Appellant, Respectfully Requests that the Court GRANT his motion to extend time to file his Petition for discretionary Review. In Support of said motion, Appellant would show unto the court the following:

### I

Appellants' conviction was Affirmed on June 30th 2015 by the Fourteenth Court of Appeals in Cause No. 14-14-00261-CR. Appellant's Petition for Discretionary Review is due July 30th 2015 This is Appellants' first Request for an extension to file the Petitions for discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

# II.

APPELLANT IS REQUESTING AN EXTENSION OF TIME SO THAT APPELLANT MAY FILE A PRO SE PETITION FOR DISCRETIONARY REVIEW. AN EXTENSION OF TIME IS NECCESSARY SO THAT THE APPELLANT, WHO IS NOT AN ATTORNEY, MAY FAMILIARIZE himself WITH THE RULES GOVERNING THE FILING OF A PETITION FOR DISCRETIONARY, AdeQuately RESEARCH HIS CASE, AND DRAFT HIS OWN PDR. THIS MOTION IS NOT MADE FOR THE PURPOSE OF DELAY.

Wherefore, PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS HONORABLE COURT GRANT THIS REQUESTED EXTENSION OF TIME TO FILE THE APPELLANTS' PETITION FOR DISCRETIONARY REVIEW IN THE ABOVE CAUSE AND EXTEND THE TIME FOR FILING THE PETITION UNTIL _____

Respectfully Submitted.

Kevin Joseph Johnson #1966976
Kevin Joseph Johnson
Wynne Unit
810 Fm 2821
Huntsville, Texas 77349

# Certificate of Service

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the state by mailing same to the following parties on this the 15th day of July 2015

Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Tx 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Tx. 78711

Kevin Joseph Johnson 1966976